```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
```

ALFRED LANUTO                         :

                                                       :          Civ. 10-3344 (SDW)

      v.                              :

                                                       :               **O R D E R**

BOROUGH OF RAMSEY, et al             :

It appearing that all parties having consented to a stay of this matter pending an underlying criminal appeal involving the plaintiff;

It is on this 24th day of September, 2010,

O R D E R E D  that the Clerk administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings.

                                                     s/Susan D. Wigenton
                                                         SUSAN D. WIGENTON
                                               United States District Judge